# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>SHERRY ANN MCGANN,<br><br>Plaintiff. | Bankruptcy Case No. 20-18118 TBM<br>Chapter 7 |
| SHERRY ANN MCGANN,<br><br>Plaintiff,<br><br>v.<br><br>JEANNE Y. JAGOW,<br>LIBERTY MUTUAL INSURANCE<br>COMPANY, and<br>DAVID M. MILLER,<br><br>Defendants. | Adv. Pro. No. 24-01179 TBM |

## ORDER DENYING MOTION FOR SANCTIONS

On May 27, 2025, Sherry Ann McGann (the "Plaintiff") filed a "Motion to Impose Sanctions, Demand Reimbursement, and Renew Motion for Removal of Chapter 7 Trustee Based on Violated Statutory Duties and Recent Hawai'i Ruling" (Docket No. 63, the "Sanctions Motion"). She also filed a document of the same title (Docket No. 681) in *In re Sherry Ann McGann*, Bankr. Case No. 20-18118 TBM (D. Colo.) (the "Main Bankruptcy Case"). The two filings are identical. So, it appears that they were double filed in both this Adversary Proceeding and the Main Bankruptcy Case.

On June 10, 2025, Defendant Jeanne Y. Jagow filed a Response to the Sanctions Motion (Docket Nos. 65). A Joinder in the Response (Docket No. 66) was also filed.[1]

On August 12, 2025, while the Sanctions Motion was pending in this Adversary Proceeding, the Court held a hearing on the Sanctions Motion in the Main Bankruptcy Case at which all parties presented arguments in support of and against the Sanctions Motion and responded to the Court's questions about the Sanctions Motion and the legal bases

---

[1] The Joinder was filed by Troy Rackham, attorney for both Jeanne Y. Jagow and David Miller, purportedly on behalf of Jeanne Y. Jagow. Since Ms. Jagow filed the Response, the Court believes that counsel may have intended to file the Joinder on behalf of Mr. Miller.

1

therefor. After such presentations, the Court issued an oral ruling in which it denied the Sanctions Motion. The Court, however, did not address the Sanctions Motion in the Adversary Proceeding, and the Sanctions Motion remains pending on the record.

Having considered the matter, the Court finds that the Sanctions Motion should be denied in this Adversary Proceeding for the same reasons that the Court denied the Sanctions Motion in the Main Bankruptcy Case. The Court, therefore,

ORDERS that the Sanctions Motion is DENIED.

DATED this 19th day of August, 2025.

BY THE COURT:

_Thomas B. McNamara_
Thomas B. McNamara,
United States Bankruptcy Judge